AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LEITMAN, MATTHEW F. | U.S. DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

600 Church Street, Room 125
Flint, Michigan 48502

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | June 7-11, 2018 | Washington, DC | National Convention | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA Account No. 1 (H) | | | | | | | | | |
| 2. -AQR Managed Futures Strategy Fund Class I [AQMIX] | | None | | | Sold | 12/10/18 | K | | See note in section VIII |
| 3. -Artisan International Fund Advisor Class N/L [APDIX] | C | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 4. -Artisan Mid Cap Value Fund Advisor Class N/L [APDQX] | C | Dividend | | | Sold | 12/27/18 | K | | |
| 5. -Calamos Market Neutral Income Fund Class I [CMNIX] | B | Dividend | K | T | Buy (add'l) | 12/28/18 | J | | |
| 6. -Champlain Small Company Fund Advisor Class N/L [CIPSX] | C | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 7. -Columbia Dividend Income Fund Inst CL N/L [GSFTX] | C | Dividend | L | T | | | | | |
| 8. -Doubleline Total Return Bond Fund Class I N/L [DBLTX] | B | Dividend | K | T | Sold (part) | 12/27/18 | J | | |
| 9. -Doubleline Shiller Enhanced Cape Fund Class I [DSEEX] | | None | K | T | Buy | 12/27/18 | K | | |
| 10. -Eaton Vance Global Macro Absolute Return FD Class I [EIGMX] | A | Dividend | K | T | Buy | 07/24/18 | K | | |
| 11. -Eaton Vance Multisector Income Fund Class I N/L [EVBIX] | A | Dividend | | | Sold | 12/28/18 | J | | |
| 12. -First Eagle Overseas Fund Class I N/L [SGOIX] | A | Dividend | | | Sold | 12/28/18 | J | | |
| 13. -Goldman Sachs Emerging Markets Equity Insights Fund Inv Cl [GIRPX] | A | Dividend | K | T | Buy (add'l) | 12/28/18 | J | | |
| 14. -Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 15. -iShares TR USA Quality Factor [QUAL] | A | Dividend | K | T | | | | | |
| 16. -IVA Worldwide Fund Class I [IVWIX] | C | Dividend | K | T | Sold (part) | 06/19/18 | J | | |
| 17. | | | | | Buy (add'l) | 12/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -JPMorgan Core Bond Fund Select Class I [WOBDX] | A | Dividend | | | Sold | 07/23/18 | K | | |
| 19. -MFS Emerging Markets Debt Fund Class I [MEDIX] | B | Dividend | K | T | Buy (add'l) | 12/28/18 | J | | |
| 20. -Oakmark International Fund Investor Class [OAKIX] | | None | J | T | Buy | 12/27/18 | J | | |
| 21. -Principal Global Diversified Income Fund Inst Class [PGDIX] | B | Dividend | K | T | Buy (add'l) | 12/27/18 | J | | |
| 22. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | | | Sold | 07/24/18 | J | | |
| 23. -Putnam Equity Spectrum Fund Class Y [PYSYX] | | None | | | Buy | 07/24/18 | J | | |
| 24. | | | | | Sold | 12/28/18 | J | | |
| 25. -T. Rowe Price Real Assets Fund Investor Class N/L [PRAFX] | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 26. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 27. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 28. -Vanguard Short Term Investment Grade FD Admiral Shares [VFSUX] | B | Dividend | K | T | | | | | |
| 29. -Vanguard Small Cap Value ETF [VBR] | A | Dividend | L | T | Buy (add'l) | 12/28/18 | K | | |
| 30. -Vanguard Real Estate ETF [VNQ] (formally Vanguard REIT ETF) | A | Dividend | | | Sold | 06/20/18 | J | | |
| 31. -Vanguard FTSE Emerging Markets ETF [VWO] | A | Dividend | | | Sold | 12/28/18 | J | | |
| 32. -Vanguard Index Funds S&P 500 ETF SHS NEW [VOO] | B | Dividend | L | T | | | | | |
| 33. Raymond James Deposit Accounts | A | Interest | J | T | | | | | |
| 34. Chase Bank Cash Deposit Accounts | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. New York Whole Life Insurance Policy | A | Interest | K | T | | | | | |
| 36. IRA Account No. 2 (H) | | | | | | | | | |
| 37. -Doubleline Total Return Bond Fund Class I [DBLTX] | A | Dividend | K | T | | | | | |
| 38. -Grandeur Peak Intl Stalwarts Fund Investor Class [GISOX] | A | Dividend | J | T | | | | | |
| 39. -Oakmark International Fund Investor Class [OAKIX] | B | Dividend | K | T | | | | | |
| 40. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | | | Sold | 07/24/18 | J | | |
| 41. -T. Rowe Price Real Assets Fund Investor Class N/L [PRAFX] | A | Distribution | J | T | Buy | 06/19/18 | J | | |
| 42. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 43. -Vanguard Real Estate ETF [VNQ] (formally Vanguard REIT ETF) | A | Dividend | | | Sold | 06/20/18 | J | | |
| 44. Brokerage Account No. 1 (H) | | | | | | | | | |
| 45. -American Funds Growth Fund of America Class F2 [GFFFX] | B | Dividend | J | T | | | | | See note in section VIII |
| 46. -Davis New York Venture Fund Class Y [DNVYX] | C | Dividend | J | T | | | | | |
| 47. -Deutsche Managed Municipal Bond Fund Inst Class [SMLIX] | A | Dividend | K | T | | | | | |
| 48. -DWS Short Term Muni Bond FD Institutional Class [MGSMX] | B | Dividend | L | T | | | | | See note in section VIII |
| 49. -Grandeur Peak INTL Stalwarts Investor Class CLS [GISOX] | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 50. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | | | Sold | 07/24/18 | J | | |
| 51. -Putnam Equity Spectrum Fund Class Y [PYSYX] | | None | | | Buy | 07/24/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 12/28/18 | J | | |
| 53.   MI Education Saving Program, Moderate<br>Aged-Based Option | | None | J | T | | | | | |
| 54. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - line 2: AQR Managed Futures Strategy Fund Class N [AQMNX] transferred to AQR Managed Futures Strategy Fund Class I [AQMIX] due to a change in share class.

Section VII - line 45: American Funds Growth Fund of America Class F1 [GFAFX] transferred to American Funds Growth Fund of America Class F2 [GFFFX] due to a change in share class.

Section VII - line 48: Deutsche Short Term Municipal Bond Fund Class S [SRMSX] transferred to DWS Short Term Muni Bond FD Instititutional Class [MGSMX] due to a change in share class.

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MATTHEW F. LEITMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544